The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-202 JLR |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |
| KELLY LEE-CARROLL, | |
| ROBERT H. NELSON III, and | |
| KATOYA F. GRANT | |
| Defendants. | |

THE COURT has considered the motion of the defense to continue the trial date now set for August 11, 2025, and pretrial motions deadline, as well as the United States' response memorandum. The Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE
(*Kelly Lee-Carroll et al.*; No. CR24-202 JLR) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

1       (c) the additional time requested is a reasonable period of delay, as counsel for defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

      (d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

      (e) the additional time requested between the current trial date of August 11, 2025, and the new trial date is necessary to provide counsel reasonable time to prepare for trial considering counsels' schedules and all the facts set forth above.

      IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to February 17, 2026, and that pretrial motions shall be filed no later than January 5, 2026.

      IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date is excludable time under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated this 11th day of June, 2025.

_____
James L. Robart
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*Kelly Lee-Carroll et al.*; No. CR24-202 JLR) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401